UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO MARQUEZ, | ) | 1:06-CV-1423 LJO JMD HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | ) | [Doc. #10] |
| v. | ) | |
| | ) | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| | ) | |
| K. MENDOZA-POWERS, | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    The Magistrate Judge issued a Findings and Recommendation on November 24, 2008, that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On December 29, 2008, Petitioner filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation based

on the points raised in the objections.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Findings and Recommendation issued November 24, 2008, is ADOPTED IN FULL;

     2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

     3. The Clerk of Court is DIRECTED to enter judgment; and

IT IS SO ORDERED.

**Dated:   January 30, 2009**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE